

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Blackstock Federal Constructors, LLC, Appellant

No. 06-17-00096-CV          v.

Ultimate Group, LLP, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 16C1748-202). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellee, Ultimate Group, LLP, pay all costs of this appeal.

RENDERED FEBRUARY 15, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk